IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**JEFFERSON O. SMITH,**

      **Plaintiff,**

v.                                                 **Case No. 3:18-cv-01490**

**WESTERN REGIONAL JAIL and
CORRECTIONAL FACILITY;
PRIMECARE MEDICAL;
and DR. ANGELA NICHOLSON,**

      **Defendants.**

## PROPOSED FINDINGS AND RECOMMENDATIONS

On December 4, 2018, Plaintiff Jefferson O. Smith, Sr., ("Smith"), proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1). On December 6, 2018, the undersigned ordered Smith to amend his complaint to cure certain deficiencies. (ECF No. 3). Smith submitted an amended complaint on December 18, 2018, which was docketed as a new civil action and given Case No. 3:18-cv-01525. Accordingly, on December 19, 2018, the undersigned consolidated the cases, with Case No. 3:18-cv-01490 designated as the lead case. (ECF No. 4).

Currently pending before the Court is the second Motion of the Western Regional Jail and Correctional Facility to dismiss the case against it for failure to state a claim. (ECF No. 25). This matter is assigned to the Honorable Robert C. Chambers, United States District Judge, and by standing order has been referred to the undersigned United States Magistrate Judge for the submission of proposed findings of fact and recommendations

1

for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). For the reasons previously stated, (ECF No. 24), the undersigned **RECOMMENDS** that the presiding District Judge **GRANT** the Motion to Dismiss, (ECF No. 25); **DISMISS** the Western Regional Jail and Correctional Facility, with prejudice; **REMOVE** the Western Regional Jail and Correctional Facility from the style of this case; **TERMINATE** and **REMOVE** Case No. 3:18-cv-1525 from the docket of the Court, as it is duplicative of the instant action; and allow Plaintiff to proceed, at least at this juncture, with his claims against the remaining defendants, who have not yet made an appearance in the case.

## I.     Relevant Facts

On August 28, 2019, Smith filed an amended complaint in which he asserted claims against PrimeCare Medical and Dr. Angela Nicholson. (ECF No. 19). Plaintiff did not allege any new claims against the Western Regional Jail and Correctional Facility ("WRJ"). At the time the amended complaint was filed, the WRJ had a motion to dismiss pending. For that reason, on August 29, 2019, the undersigned issued an Order advising the WRJ that it was not required to answer the amended complaint in view of its pending motion and the lack of any new allegations against it. (ECF No. 20). On September 3, 2019, the undersigned issued Proposed Findings and Recommendations ("PF&R"), recommending that the WRJ be dismissed and removed from the style of the case on the basis that the WRJ is immune from suit in this Court pursuant to the Eleventh Amendment to the United States Constitution. (ECF No. 24). Notwithstanding this history, "out of an abundance of caution," the WRJ filed a motion to dismiss the amended complaint. (ECF Nos. 25, 26 at 1).

## II.    Discussion

For the reasons set forth in the PF&R, the undersigned **FINDS** that the WRJ is

entitled to dismissal from this case on the ground of sovereign immunity, as well as on the ground that the WRJ is not a "person" subject to suit under 42 U.S.C. § 1983. (ECF No. 24). The undersigned incorporates herein the findings contained in the PF&R and recommends dismissal of the WRJ.[1]

### III. Proposal and Recommendations

For the reasons set forth above and in the PF&R, (ECF No. 24), the undersigned **PROPOSES** that the presiding District Judge accept and adopt the findings herein and respectfully **RECOMMENDS** that the Motion to Dismiss, (ECF No. 25), be **GRANTED**; the Western Regional Jail and Correctional Facility be **DISMISSED**, with prejudice, from this civil action; the Western Regional Jail and Correctional Facility be **REMOVED** from the style of this case; Case No. 3:18-cv-1525 be **TERMINATED** and **REMOVED** from the docket of the Court, as it is duplicative of the instant action; and Plaintiff be permitted to proceed, at least at this juncture, with his claims against the remaining defendants, who have not yet made an appearance in the case.

The parties are notified that this "Proposed Findings and Recommendations" is hereby **FILED**, and a copy will be submitted to the Honorable Robert C. Chambers, United States District Judge. Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), and Rules 6(d) and 72(b), Federal Rules of Civil Procedure, the parties shall have fourteen days (filing of objections) and three days (if received by mail) from the date of filing this "Proposed Findings and Recommendations" within which to file with the Clerk of this Court, specific written objections, identifying the portions of the

---

[1] The undersigned United States Magistrate Judge (not Magistrate, as there are no federal Magistrates—only Magistrate **Judges**) notes that, for the second time, the WRJ argues that the complaint fails to state a claim under Fed. R. Civ. P. 8(a) and 12(b)(6). (ECF No. 26). While this argument may be correct, the undersigned recommends dismissal under Rule 12(b)(1), as the WRJ is entitled to sovereign immunity.

"Proposed Findings and Recommendations" to which objection is made and the basis of such objection. Extension of this time period may be granted by the presiding District Judge for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of *de novo* review by the District Court and a waiver of appellate review by the Circuit Court of Appeals. *Snyder v. Ridenour*, 889 F.2d 1363 (4th Cir. 1989); *Thomas v. Arn*, 474 U.S. 140 (1985); *Wright v. Collins*, 766 F.2d 841 (4th Cir. 1985); *United States v. Schronce*, 727 F.2d 91 (4th Cir. 1984). Copies of such objections shall be provided to the opposing parties, Judge Chambers and Magistrate Judge Eifert.

The Clerk is instructed to provide a copy of this "Proposed Findings and Recommendations" to the Plaintiff, counsel of record, and any unrepresented party.

**FILED:** September 11, 2019

---
Cheryl A. Eifert
United States Magistrate Judge